

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-77,050

**GREGORY PAUL DAMM, Appellant**

**v.**

**THE STATE OF TEXAS**

**ON DIRECT APPEAL FROM THE TRIAL COURT'S DENIAL OF AN
APPLICATION FOR A WRIT OF HABEAS CORPUS
AND MOTION FOR STAY OF EXTRADITION
FILED IN CAUSE NO. 201400025 IN THE 18TH JUDICIAL DISTRICT COURT
JOHNSON COUNTY**

*Per curiam.*

**O P I N I O N**

By a document electronically filed in this Court, appellant purports to appeal from

the trial court's denial of his application for a writ of habeas corpus that challenged his

extradition from the State of Texas to the State of Louisiana for the alleged crime of

failure of a sex offender to notify law enforcement of a change of address. However,

appellant has not properly invoked the jurisdiction of this Court. Therefore, his appeal is

dismissed. No motions for rehearing will be entertained, and the Clerk's Office is instructed to issue mandate immediately.

Delivered:        March 18, 2015
Do not publish